UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
LOTT, WILLIE TURON § Case No. 09-46012 JBS
§
Debtor(s) §

**AMENDED NOTICE OF FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that CATHERINE STEEGE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Clerk of the U. S. Bankruptcy Court
219 South Dearborn
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report must appear at the hearing. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 06/28/12 in Courtroom 682, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/07/2012         By: CLERK OF THE U.S. BANKRUPTCY
                                     COURT

*CATHERINE STEEGE
353 N. Clark Street
CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
LOTT, WILLIE TURON § Case No. 09-46012 JBS
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 15,000.13 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 15,000.13 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: CATHERINE STEEGE | $ 2,250.00 | $ 0.00 | $ 2,250.00 |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ 3,382.50 | $ 0.00 | $ 3,382.50 |
| Attorney for Trustee Expenses: JENNER & BLOCK LLP | $ 28.31 | $ 0.00 | $ 28.31 |
| Total to be paid for chapter 7 administrative expenses | | $ | 5,660.81 |
| Remaining Balance | | $ | 9,339.32 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,690.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 63.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Sallie Mae c/o Sallie Mae Inc. 220 Lasley Ave. Wilkes-Barre, PA 18706 | $ 14,690.41 | $ 0.00 | $ 9,339.32 |
| | Total to be paid to timely general unsecured creditors | | | $ 9,339.32 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/CATHERINE STEEGE, TRUSTEE

*CATHERINE STEEGE*
*353 N. Clark Street*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                            United States Bankruptcy Court
                            Northern District of Illinois
```

In re:                                                      Case No. 09-46012-JBS
Willie Turon Lott                                           Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dwilliams          Page 1 of 2          Date Rcvd: Jun 08, 2012
                              Form ID: pdf006          Total Noticed: 6
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 10, 2012.
```
db          #+Willie Turon Lott,    1303 Wyndham Dr., 208,    Palatine, IL 60074-7933
14809035    +CitiMortgage, Inc.,    1544 Old Alabama Road,    Roswell, GA 30076-2102
14809036    +Green Tree Mortgage,    Dept. 0099,   Palatine, IL 60055-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          +E-mail/Text: jgreen@jenner.com Jun 09 2012 03:02:12      Jenner & Block LLP,   353 N Clark Street,
              Chicago, IL 60654-5474
14809037     +E-mail/PDF: pa_dc_claims@salliemae.com Jun 09 2012 04:42:04      Sallie Mae,   1002 Arthur Dr.,
              Lynn Haven, FL 32444-1683
16967319     +E-mail/PDF: pa_dc_claims@salliemae.com Jun 09 2012 04:42:04      Sallie Mae,   c/o Sallie Mae Inc.,
              220 Lasley Ave.,   Wilkes-Barre, PA 18706-1496
                                                                                              TOTAL: 3
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 10, 2012**            **Signature:** *Joseph Speetjens*

```
District/off: 0752-1            User: dwilliams              Page 2 of 2                  Date Rcvd: Jun 08, 2012
                                Form ID: pdf006              Total Noticed: 6
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 7, 2012 at the address(es) listed below:
          Allie M Burnet    on behalf of Debtor Willie Lott aburnet@bestfirm.com
          Catherine L. Steege    csteege@jenner.com, csteege@ecf.epiqsystems.com
          Charles S. Stahl, Jr.    on behalf of Interested Party  Kenny Construction Company
           cstahl@smbtrials.com
          Dean  Paolucci    on behalf of Debtor Willie Lott dean@selectlegal.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Stephen G Wolfe    on behalf of U.S. Trustee Patrick Layng steve.g.wolfe@usdoj.gov,
           jennifer.r.toth@usdoj.gov
                                                                                       TOTAL: 6