UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
LOTT, WILLIE TURON § Case No. 09-46012
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

CATHERINE STEEGE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on                . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/CATHERINE STEEGE_____
                                                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | CitiMortgage, Inc. 1544 Old Alabama Road Roswell, GA 30076 |  |  |  |  |  |
|  | Green Tree Mortgage Dept. 0099 Palatine, IL 60055 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CATHERINE STEEGE | | | | | |
| JENNER & BLOCK | | | | | |
| JENNER & BLOCK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sallie Mae 1002 Arthur Dr. Lynn Haven, FL 32444 | | | | | |
| 000001 | SALLIE MAE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-46012 | JBS | Judge: JACK B SCHMETTERER | | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|---|---|---|
| Case Name: | LOTT, WILLIE TURON | | | | Date Filed (f) or Converted (c): | 12/04/09 (f) |
| | | | | | 341(a) Meeting Date: | 01/19/10 |
| For Period Ending: | 08/13/12 | | | | Claims Bar Date: | 04/22/11 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Miscellaneous used household goods | 800.00 | 0.00 | | 0.00 | FA | 0.00 | 800.00 |
| 2. Miscellaneous books, tapes, CD's etc. | 560.00 | 0.00 | | 0.00 | FA | 0.00 | 560.00 |
| 3. Personal used clothing | 915.00 | 0.00 | | 0.00 | FA | 0.00 | 915.00 |
| 4. Miscellaneous costume jewelry | 190.00 | 0.00 | | 0.00 | FA | 0.00 | 190.00 |
| 5. IRA - Qualified Retirement Account | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6. 1996 Chevrolet Camaro - fair condition, 247k miles | 850.00 | 0.00 | | 0.00 | FA | 0.00 | 850.00 |
| 7. Lawsuit (u) | 75,000.00 | 75,000.00 | | 15,000.00 | FA | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.37 | Unknown | 0.00 | 0.00 |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $78,315.00 | $75,000.00 | | $15,000.37 | $0.00 | $0.00 | $3,315.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/12   Current Projected Date of Final Report (TFR): 12/31/12

LFORM1EX

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

Ver: 16.06f

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 09-46012 -JBS | | Trustee Name: | CATHERINE STEEGE |
| --- | --- | --- | --- | --- |
| Case Name: | LOTT, WILLIE TURON | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3909 BofA - Checking Account |
| Taxpayer ID No: | *******4957 | | | |
| For Period Ending: | 08/13/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/28/12 | | Transfer from Acct #*******3899 | Transfer In From MMA Account | 9999-000 | 15,000.37 | | 15,000.37 |
| 06/28/12 | 003001 | CATHERINE STEEGE<br>JENNER & BLOCK<br>353 N. Clark Street<br>CHICAGO, IL 60654-3456 | Chapter 7 Compensation/Fees | 2100-000 | | 2,250.00 | 12,750.37 |
| 06/28/12 | 003002 | JENNER & BLOCK LLP<br>353 N. Clark Street<br>CHICAGO, IL 60654-3456 | Attorney for Trustee Fees (Trustee<br><br>Fees          3,382.50<br>Expenses         28.31 | <br><br><br>3110-000<br>3120-000 | | 3,410.81 | 9,339.56 |
| 06/28/12 | 003003 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | FINAL DISTRIBUTION - Claim 000001 | 7100-000 | | 9,339.56 | 0.00 |

Page Subtotals    15,000.37    15,000.37

Ver: 16.06f

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 7)

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-46012 -JBS | Trustee Name: | CATHERINE STEEGE |
| Case Name: | LOTT, WILLIE TURON | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******3909 BofA - Checking Account |
| Taxpayer ID No: | *******4957 | | |
| For Period Ending: | 08/13/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 15,000.37 | 15,000.37 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 15,000.37 | 0.00 | |
| | | | Subtotal | | 0.00 | 15,000.37 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 15,000.37 | |

Page Subtotals       0.00       0.00

Ver: 16.06f

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 09-46012 -JBS | | Trustee Name: | CATHERINE STEEGE |
| Case Name: | LOTT, WILLIE TURON | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3899 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4957 | | | |
| For Period Ending: | 08/13/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/27/12 | 7 | James F. Best P.C. Best, Vanderlaan & Harrington 400 E. Diehl Road, Suite 280 Naperville, IL 60563 | Full & Final Settlement | 1249-000 | 15,000.00 | | 15,000.00 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.13 | | 15,000.13 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 15,000.26 |
| 06/28/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.11 | | 15,000.37 |
| 06/28/12 | | Transfer to Acct #*******3909 | Final Posting Transfer | 9999-000 | | 15,000.37 | 0.00 |

|  |  | Deposits | Disbursements | Balance |
|---|---|---|---|---|
| COLUMN TOTALS | | 15,000.37 | 15,000.37 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 15,000.37 | |
| Subtotal | | 15,000.37 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 15,000.37 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| BofA - Checking Account - *******3909 | 0.00 | 15,000.37 | 0.00 |
| Money Market Account (Interest Earn - *******3899 | 15,000.37 | 0.00 | 0.00 |
| | 15,000.37 | 15,000.37 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |
| Page Subtotals | 15,000.37 | 15,000.37 | |

Ver: 16.06f

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 09-46012 -JBS | | Trustee Name: | CATHERINE STEEGE |
| --- | --- | --- | --- | --- |
| Case Name: | LOTT, WILLIE TURON | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3899 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4957 | | | |
| For Period Ending: | 08/13/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

BofA - Checking Account - ********3909

Money Market Account (Interest Earn - ********3899

| | | | | | Page Subtotals | 0.00 | 0.00 |
| --- | --- | --- | --- | --- | --- | --- | --- |

Ver: 16.06f

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*